The People of the State of New York, Respondent, 
against
Amlicar Arboleda, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Steven J. Hornstein, J.), rendered June 20, 2017, resentencing defendant to nine months in jail.




Per Curiam.
Judgment of resentence (Steven J. Hornstein, J.), rendered June 20, 2017, affirmed.
Where "a resentence occurs more than thirty days after the original sentence, a defendant who has not previously filed a notice of appeal from the judgment may not appeal from the judgment, but only from the resentence" (CPL 450.30[3]). Here, defendant has only appealed from the June 2017 judgment resentencing him. As a result, defendant is jurisdictionally foreclosed from raising issues related to his original (March 2015) judgment of conviction (see People v Jordan, 16 NY3d 845, 846 [2011]; People v Golb, 126 AD3d 401, 402 [2015], lv denied 26 NY3d 929 [2015]; People v Ramos, 105 AD3d 684, 685 [2013], lv denied 21 NY3d 1045 [2013]). Since defendant has not demonstrated any basis for reversal or modification of the judgment of resentence, that judgment is affirmed (see People v McBryde, 96 AD3d 1085 [2012]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 19, 2018